## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>GUY SMITH | No. 3:20cr249 (MPS) |

## ORDER ACCEPTING MAGISTRATE JUDGE'S FINDINGS

Having reviewed the transcript of the change-of-plea proceeding held on December 10, 2020, I hereby accept and adopt the Magistrate Judge's finding that the plea of guilty by this defendant has been knowingly and voluntarily made, and is supported by an adequate factual basis. I therefore accept and adopt the recommendation that the defendant's plea of guilty be accepted. Accordingly, a finding of guilty shall enter forthwith.

IT IS SO ORDERED.

_____/s/_____
Michael P. Shea, U.S.D.J.

Dated:    Hartford, Connecticut
         February 22, 2021